IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02321-RPM-BNB

SANDI L. DAVIS

    Plaintiff,

v.

MARK'S AUTO SALES, INC.,

    Defendant.

_____

ORDER WITHDRAWING COUNSEL
_____

Pursuant to the Notice of Withdrawal of Appearance, filed December 6, 2010 [13], it is

ORDERED that attorney Daniel R. Harpole is withdrawn, his electronic service shall be terminated and he is relieved of any further responsibility in this case.

DATED: December 6th , 2010

                                                BY THE COURT:

                                               s/Richard P. Matsch
                                               _____
                                               Richard P. Matsch, Senior District Judge