IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02321-RPM-BNB

SANDI L. DAVIS,

Plaintiff,

v.

MARK'S AUTO SALES, INC.,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before January 3, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated December 13, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge