IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02321-RPM-BNB

SANDI L. DAVIS

      Plaintiff,

v.

MARK'S AUTO SALES, INC.,

      Defendant.

_____

ORDER FOR DISMISSAL

_____

      Pursuant to the Stipulated Motion to Dismiss with Prejudice [17] dated January 3,

2011, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their

own costs and attorneys' fees.

      DATED: January 4th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge